WESTINGHOUSE ELECTRIC MANUFACTURING COMPANY,
complainant,

*v.*

JACOB WEIKEL et al., defendants.

[Decided January 23d, 1933.]

*Messrs. Thompson & Hanstein,* for the complainant.

*Mr. Emerson L. Richards,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *110 N. J. Eq. 347.*

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.